ORIGINAL

United States District Court
Eastern District of New York
225 Cadman Plaza East
Bklyn N.Y. 11201

CV 12-3521

Civil Rights Violation
4th, 5th, 14th, 15th Amendment Rights 1983

GLEESON, J.

POHORELSKY, M.J.

RECEIVED JUL 12 2012 PRO SE OFFICE

Mr. Robert Binyard
            Plaintiff,

Against

City of New York Police Department
Brooklyn Child Abuse Squad
P.O. McBride, Officer John Doe, John Doe
John Doe, Jane Doe etc. el.

1. I'm the above mentioned plaintiff in this matter Against the City of New York and The Brooklyn Child Abuse Squad and all the above mentioned defendants.

2. I, Mr. Robert Binyard reside at 95 Saratoga Ave. Bklyn N.Y. Apt #2 11233

3. The above mentioned defendants are located in the Brooklyn North Division at 45 Nevins St. Bklyn N.Y. 11217.

In the matter at hand P.O. McBride and 5 officers came to my place of residence without a search warrant and proceeded to ask my landlord Mr. Octave Edwards my whereabouts. My landlord asked what was the concern in this matter. P.O. McBride stated that we are here to talk to Mr. Binyard about a sexual abuse case.

My landlord then informed them that I was at work. This was the first encounter that happened on May 8, 2012. These officers tried to rip the handle off my front door as it is still damaged.

On May 9, 2012 it was 4 officers along with P.O. McBride and they threatened my landlord that if he interrupted with police proceedures they would kick the door down and he would be held responsible. All this activity was done with guns drawn and neighbors watching.

On May 10, 2012. Several Officers kicked on my door and rang my door. It was in the afternoon at this time and they were asking questions to everyone that pasted in front of my apartment as I watched them from my window. They even questioned the mailman about my whereabouts. No warrant, no physical evidence, just harassing fellow neighbors giving them skeptism as to I'm a child molester and handing out cards.

On May 10, 2012. I left my apartment and went down to Criminal Court at 120 Schemehorne Street and went to the Clerk Room to ask do I have any Criminal Court Warrant and they stated No. I went to Supreme Court and ask do I have any Supreme Court Warrant and they stated No! I went to Family Court and ask do I have any Family Court Warrant and they stated No!

On May 10, 2012. Two of the officers again threatened my landlord and asked him about any sky-lights or rooftops and said "they would shoot me if the saw me trying to flee.

How was this suppose to be done without any warrant. Is this how P.O. department guidelines and proceedures are suppose to be conducted. On May 10, 2012, P.O. McBride contacted a Real Estate Agent and required that she was interested in buying the building as my landlord has a for sale sign in the yard. The agent said she would have to see the manager. She then requested that she would like to see the top apartment and the agent said that's not possible as there is a tenant inside. Then the officer couldn't compose herself and she said she isn't really interested in the house she just wanted to get into the upstairs apartment! No Warrant! And and investigation into these circumstances of P.O. McBride cell phone can verify this phone call to Peace of Mind Management. "Again an invasion of my Civil Rights!!!!

Later on that day the officers after they handed out sexual abuse cards to everyone on my block in which I live they called my neice and said if they don't hear from me by the 11th of May, 2012. that they would start hanging up posters all along my block saying I was a child molester.!!!! Every imaginable Right has been violated as I already have been visciously attacked by my own neighbors.

Mr. Robert Bird
7-12-2012