UNITED STATES DISTRICT COURT                    NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK

---

ROBERT BINYARD,

                              Plaintiff,              MEMORANDUM
                                                     AND ORDER
              - versus -                             12-CV-3521

DETECTIVE ROSA MCBRIDE; POLICE
OFFICERS JOHN DOE 1-5,

                              Defendants.

---

JOHN GLEESON, United States District Judge:

        Robert Binyard filed this *pro se* action pursuant to 42 U.S.C. § 1983 against the

City of New York ("City"), Detective Rosa McBride, and five unidentified police officers.  On

December 14, 2012 the City moved to dismiss the complaint as against it pursuant to Federal

Rule of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6).  City Mot. Dismiss, ECF No. 12; *see also*

City Mem. in Support, ECF No. 14.  On January 25, 2013 I granted the City's motion for the

reasons stated on the record.

        On April 26, 2013 McBride – represented by Corporation Counsel for the City –

moved to dismiss the complaint as against her pursuant to Fed. R. Civ. P. 12(b)(6).  McBride

Mot. Dismiss, ECF No. 22; *see also* McBride Mem. in Support, ECF No. 24.  Binyard did not

file opposition papers to the motion.  He also did not appear on June 28, 2013 at oral argument

on the motion.  Accordingly,  McBride's motion to dismiss the complaint is granted as

unopposed.

        Moreover, the only plausible claim as to which Binyard has standing appears to

be a Fourth Amendment claim that McBride unlawfully "seized" Binyard's property by

damaging the handle to his door.  I find McBride's argument that this action did not constitute a

"seizure" for purposes of the Fourth Amendment to have merit and further grant the motion on these grounds.

So ordered.


John Gleeson, U.S.D.J.


Dated: July 1, 2013
        Brooklyn, New York